

# Fourth Court of Appeals
## San Antonio, Texas

May 9, 2022

No. 04-22-00211-CV

**IN RE PEOPLE'S MANAGEMENT OF TEXAS 1, LTD.**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Chief Justice
               Luz Elena D. Chapa, Justice
               Irene Rios, Justice

After consideration, we **GRANT** real parties in interest's Unopposed First Motion for Extension of Time to File a Response to the petition for writ of mandamus. Real parties in interest's responses are **due on or before June 6, 2022.**

It is so **ORDERED** on May 9, 2022.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court

---

[1] This proceeding arises out of Cause No. 97-CVQ-00997-D1, styled *People's Management of Texas 1, Ltd., successor in interest to Joe Medina, trustee v. Carlos Gutierrez*, pending in the 49th Judicial District Court, Webb County, Texas, the Honorable Joe Lopez presiding.